IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| FREDS, INC., ) | |
| ) | |
| Debtor. ) | |
| ) | C.A. No. 25-770 (JLH) |
| C.H. ROBINSON COMPANY, INC., ) | |
| ) | Bankruptcy Case No. 19-11984-CTG |
| Appellant, ) | Bankruptcy ADV No. 21-51065-CTG |
| ) | Bankruptcy BAP No. 25-28 |
| v. ) | |
| ) | |
| FI LIQUIDATING TRUST, ) | |
| ) | |
| Appellee. ) | |

## RECOMMENDATION

At Wilmington, this 10th day of September 2025:

WHEREAS, pursuant to the Order Regarding Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated July 19, 2023, a mediation conference was held on September 10, 2025;

WHEREAS, no resolution of this matter occurred; and

WHEREAS, further mediation at this stage would not be a productive exercise, nor a worthwhile use of judicial resources.

THEREFORE, pursuant to the Order Regarding Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), IT IS HEREBY RECOMMENDED that this matter be withdrawn from the referral for mediation and the matter proceed through the appellate process of this Court.

_____
UNITED STATES MAGISTRATE JUDGE