IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FREDS, INC.,<br><br>                Debtor.<br>_____<br>C.H. ROBINSON COMPANY, INC.,<br><br>                Appellant,<br><br>          v.<br><br>FI LIQUIDATING TRUST,<br><br>                Appellee. | ) Chapter 11<br>) Bk. No. 19-11984 (CTG)<br>) Bk. ADV No. 21-51065 (CTG)<br>) Bk. BAP No. 25-28<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-770-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington, this 22nd day of September 2025, having received a recommendation from Magistrate Judge Eleanor G. Tennyson that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court (D.I. 17);

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **October 22, 2025.**

2. Appellee's brief in opposition to the appeal is due on or before **November 21, 2025.**

3. Appellant's reply brief is due on or before **December 5, 2025.**

                                                                                _____
                                                                                The Honorable Jennifer L. Hall
                                                                                United States District Judge